

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00376-CV

RUEBEN MENDOZA

APPELLANT

V.

FORT WORTH HOUSING
AUTHORITY AND AMERITEX
SECURITY

APPELLEES

----------

### FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 352-259031-12

----------

## MEMORANDUM OPINION[1]

----------

After pro se appellant Rueben Mendoza failed to file his brief, we notified him that if he did not file a response reasonably explaining his failure to timely file a brief, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). Mendoza filed a response, but it did not set out a reasonable

---

[1]*See* Tex. R. App. P. 47.4.

explanation for his failure to file a brief, and Appellee Fort Worth Housing Authority (FWHA) filed a motion to dismiss the appeal based on Mendoza's failure to file his brief and his failure to state a reasonable explanation for his failure to file his brief. Mendoza filed a response to FWHA's motion, in which he stated that because of his health issues, he was "being forced to step back, heal[,] and regenerate . . . and leave this case unfinished." Therefore, we grant FWHA's motion and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER and GABRIEL, JJ.

DELIVERED: November 20, 2014